IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LAWRENCE TRULL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:08CV460-HEH |
| FRANCIS D. SMOLKA, BRIAN W. TANNER, and COUNTY OF HENRICO, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER
(Granting Defendants' Motion for Summary Judgment)

THIS MATTER is before the Court on Defendants' Motion for Partial Summary Judgment Motion (Dk. No. 25), filed on December 22, 2008. For the reasons stated in the accompanying Memorandum Opinion, the Court HEREBY GRANTS the Motion, and the case is DISMISSED.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is SO ORDERED.

                                                /s/
                                       Henry E. Hudson
                                       United States District Judge

Date: Jan. 14, 2005
Richmond, VA